

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00193-CV

| | | |
|---|---|---|
| Noordin Poonjani, Showket Panjwani, and 1st Nations Fastop Marketing, Inc. | § | From the 211th District Court |
| | § | of Denton County (2013-30033-211) |
| v. | | |
| | § | June 4, 2015 |
| Zainab Kamaluddin, as the Trustee of The Abdulhameed and Zainab Kamaluddin Family Trust | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Noordin Poonjani, Showket Panjwani, and 1st Nations Fastop Marketing, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston